# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDWARDS, et al., | Case No. 1:14-mc-00007-SAB |
| Petitioners, | ORDER SETTING PETITIONER'S MOTION TO COMPEL FOR MARCH 26, 2014 |
| v. | |
| CALIFORNIA DAIRIES, INC., | (ECF No. 1) |
| Respondent. | |

On February 13, 2014, Petitioner Matthew Edwards filed a motion to compel non-party California Dairies to respond to Plaintiff's subpoena for the production of records. Petitioner's motion to compel production is set for Wednesday, March 26, 2014, at 10:00 a.m. before the undersigned in Courtroom 9.

IT IS SO ORDERED.

Dated:   **February 21, 2014**

_____
UNITED STATES MAGISTRATE JUDGE